# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

THOMAS K. DAVIS,

    Plaintiff,

v.                                                                    No. 13-cv-0482 SWS/SMV

LEPRINO FOODS CO., et al.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

On January 23, 2014, defense counsel informed the Court that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **February 24, 2014,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**